### 7932

### STATE v. BATES.

MOTION FOR STAY OF EXECUTION pending appeal from motion refusing new trial will not be granted where the appeal only raises questions of fact and there is evidence to support the finding of the trial Court.

Motion for stay of execution pending appeal in case of State against J. B. Bates.

*Mr. Stanyarn Wilson,* for the motion.

June 16, 1911. PER CURIAM. This is an application for a stay of the execution of a sentence of death imposed

in this case pending appeal from an order refusing a motion for a new trial, and from the sentence of the Court.

The general rule is that no appeal lies from an order of a Circuit Judge refusing a motion for a new trial where questions of fact only are involved. In this case the sole question of fact involved is the sanity of the defendant. Upon careful examination of the record we find that there is abundant evidence to support the finding of the Circuit Judge, and no errors of law are shown in the record. It follows, therefore, that no *prima facie* case has been made out for the interference of this Court.

The motion for a stay of the sentence is refused.